AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Felipe Arteaga-Lopez,<br>A073 857 211<br>*Defendant* | Case No. 16-8477MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 8, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Felipe Arteaga-Lopez, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near San Ysidro, California, on or about August 22, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:   *CEB*   Charles E. Bailey, P.S. for AUSA Amy Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 10, 2016

*Judge's signature*

City and state:   Phoenix, Arizona

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 8, 2016, Border Patrol Agent G. Thompson encountered an individual near Maricopa, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Felipe Arteaga-Lopez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Arteaga-Lopez was transported to the Casa Grande Border Patrol Station for further processing. Arteaga-Lopez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Felipe Arteaga-Lopez to be a citizen of Mexico and a previously deported criminal alien. Arteaga-Lopez was removed from the United States to Mexico through San Ysidro, California, on or about August 22, 2016, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Felipe Arteaga-Lopez in any Department of Homeland Security

1

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Arteaga-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Felipe Arteaga-Lopez was convicted of Grand Theft of Property, a felony offense, on October 5, 1999, in the Superior Court of California, County of San Bernardino. Arteaga-Lopez was sentenced to one (1) year inprisonment. Arteaga-Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 9, 2016, Felipe Arteaga-Lopez was advised of his constitutional rights. Arteaga-Lopez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 8, 2016, Felipe Arteaga-Lopez, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about August 22, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Paul M. Ford
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 10th day of November, 2016.

_____
John Z. Boyle
United States Magistrate Judge

3